# RECONSIDERATION DOCKET

**00–1645. Howard v. Spore.**
Lucas App. No. L–00–1179. Reported at 91 Ohio St.3d 131, 742 N.E.2d 649. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**00–1658. State ex rel. Sherrills v. State.**
Cuyahoga App. No. 78261. Reported at 91 Ohio St.3d 133, 742 N.E.2d 651. On motion for reconsideration. Motion denied.

**00–2083. Cave v. Conrad.**
Pike App. No. 00CA645. Reported at 91 Ohio St.3d 1473, 744 N.E.2d 194. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., would also hold this cause for the decision in 00–512 and 00–551, *Kilgore v. Chrysler Corp.*, Montgomery App. Nos. 17906 and 17915.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–2170. Ruble v. Republic Natl. Mtge. Co.**
Lucas App. No. L–00–1019. Reported at 91 Ohio St.3d 1459, 743 N.E.2d 400. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**00–2174. In re Yeckley.**
Cuyahoga App. No. 77260. Reported at 91 Ohio St.3d 1459, 743 N.E.2d 400. On motion for reconsideration. Motion denied.

**00–2207. Wellman v. Wheeling & Lake Erie Ry. Co.**
Stark App. No. 2000CA00100. Reported at 91 Ohio St.3d 1464, 743 N.E.2d 403. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**00–2291. Welty v. Ohio Dept. of Ins.**
Franklin App. No. 99AP–1367. Reported at 91 Ohio St.3d 1470, 744 N.E.2d 192. On motion for reconsideration. Motion denied.